1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEXINGTON INSURANCE COMPANY, a Delaware corporation,

                Plaintiff,

   v.

MULTICARE HEALTH SYSTEM

                Defendant.

NO.  3:17-cv-05041-BHS

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff, LEXINGTON INSURANCE COMPANY, and Defendant, MULTICARE HEALTH SYSTEM, through their respective counsel, submit this Stipulation and [Proposed] Order to voluntarily dismiss the instant action.  The parties also stipulate that each side shall bear their own attorney fees, costs and expenses incurred in the instant action.

## I.    STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between LEXINGTON INSURANCE COMPANY and MULTICARE HEALTH SYSTEM, through their respective counsel, that:

1.    The instant action is voluntarily dismissed pursuant to F.R.C.P. 41(a)(1)(A)(ii); and;

STIPULATION AND ORDER OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii) - PAGE 1
Case No. NO.  3:17-cv-05041-BHS

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

2. Each side shall bear their own attorney fees, costs and expenses incurred in the instant action.

STIPULATION DATED this 5th day of May, 2017.

| **GORDON & REES, LLP** | **GORDON TILDEN THOMAS & CORDELL, LLP** |
|---|---|
| By: *s/Donald J. Verfurth* <br> Donald J. Verfurth, WSBA #15554 <br> Neal J. Philip, WSBA #22350 <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Telephone: (206) 695-5100 <br> Facsimile: (206) 689-2822 <br> Email: dverfurth@gordonrees.com <br> Email: nphilip@gordonrees.com <br> Attorneys for Plaintiff | By: *s/Matthew F. Pierce* <br> Matthew F. Pierce, WSBA #34019 <br> 1001 Fourth Avenue, Suite 4000 <br> Seattle, WA 98154 <br> Telephone: (206) 467-6477 <br> Facsimile: (206) 467-6292 <br> Email: mpierce@gordontilden.com <br> Attorney for Defendant |

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) - PAGE 2
Case No. NO. 3:17-cv-05041-BHS

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II.   ORDER

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that the above-captioned claim is voluntarily dismissed pursuant to F.R.C.P. 41(a)(1)(A)(ii) and each side shall bear their own attorney fees, costs and expenses incurred in the instant action.

DATED this 16th day of May, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii) - PAGE 3
Case No. NO. 3:17-cv-05041-BHS

GORDON & REES LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822